———————

No. 96-2316
———————

Barbara R. Burns,                       *
                                        *
          Appellant,                    *
                                        *  Appeal from the United States
     v.                                 *  District Court for the
                                        *  District of Minnesota.
R.A. Ungerman Construction Co.,         *
                                        *       [UNPUBLISHED]
          Appellee.                     *
                         ———————

             Submitted:  June 26, 1996

                 Filed:  June 28, 1996
                         ———————

Before FAGG, HENLEY, and BOWMAN, Circuit Judges.
                         ———————

PER CURIAM.


     Barbara R. Burns appeals from the District Court's[1] denial of her
Federal Rule of Civil Procedure 60(b) motion.  Upon careful review of the
record, we conclude the judgment of the District Court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47A(a).


     A true copy.


          Attest:


               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

          [1]The Honorable James M. Rosenbaum, United States District
Judge for the District of Minnesota.